Gertrude Gottscho, Respondent, v. Louis Burger and Others, Appellants. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Nicholas Power Company, Respondent, v. Samuel Stern, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Morton H. Meinhard, Respondent, v. Aida Heidelberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Richard M. Dorsey, Respondent, v. Houlder, Weir & Boyd, Inc. General Petroleum Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Cora A. Springer, Appellant, v. People's Vaudeville Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

In the Matter of Cristobal N. Madan, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Virginia Kendall, Respondent, v. Frederick Schnaufer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Samuel Green, an Infant, etc., Respondent, v. Mark Rosenthal and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Abraham Berger, Respondent, v. The Ebling Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Frank I. Whitcomb v. Nelson B. Burr.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Henrietta Michaelis v. Dry Dock Savings Institution and Others.— Motion to dismiss appeal denied on condition stated in order. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

John D. Ostrander, as Administrator, etc., v. Holbrook, Cabot & Rollins Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.